UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | : | |
| INTEGRATED SURGICAL, LLC | : | CHAPTER 7 (JAM) |
| Debtor | : | CASE NO. 18-50186 |
| ---------------------------------------------x | | |
| RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF INTEGRATED SURGICAL, LLC | : | ADV. PROC. NO. 20-05001 |
| Plaintiff | : | |
| v. | : | |
| MICHAEL BREEDE | : | |
| Defendant | : | |
| ---------------------------------------------x | | |

**CONSENSUAL MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO CONTINUE PRETRIAL CONFERENCE**

The Defendant, Michael Edward Breede ("Defendant"), by and through his undersigned attorneys, respectfully moves on consent for an extension of time to respond to the Complaint through and including April 21, 2020 and to continue the pretrial conference to May 26, 2020. In support thereof, the Defendant represents upon information and belief as follows:

1.   On or about January 24, 2020, Richard M. Coan, Trustee of the Bankruptcy Estate of Integrated Surgical, LLC (the "Plaintiff") commenced the above caption action against the Defendant (the "Action").

2.   This Court also scheduled the initial Pretrial Conference in the Action for March 31, 2020.

3.   Simultaneously with the instant motion, Matthew K. Beatman of Zeisler & Zeisler,

P.C. filed an appearance on behalf of Michael Breede in the Action.

4. The Debtor has informed his counsel that he has recently been diagnosed with a serious medical issue requiring an immediate procedure to remove a cancerous growth. That procedure is now scheduled on February 29, 2020. Given the nature of the procedure and the need for analysis of the growth, it is not yet clear with medical certainty as to when the Debtor will be sufficiently healed and medically cleared to resume normal activities, but it is presently expected that it will be approximately 30 days later after he is released from the hospital.

5. The undersigned needs additional time to review and discuss the underlying facts with his client in order to effectively represent him and to respond to the complaint. The Defendant's availability is limited as he prepares for the procedure, and will be limited as he recovers from same. The Defendant through his counsel would also like an opportunity to sit down with the Plaintiff to discuss the case after his client recovers to attempt to resolve the case.

6. The undersigned has consulted with counsel to the Plaintiff to discuss the extension request sought in this motion. Counsel to the Plaintiff has consented to the instant request for relief. All counsel therefore believe that it would be preferable to continue all responsive dates in the Action including dates for any party to the Action to respond to the complaint to April 21, 2020 and for the pretrial conference to be continued to May 26, 2020, subject to further amendment.

WHEREFORE, the Defendant respectfully requests that the Court extend the time to respond to the Complaint filed by the Plaintiff for all parties to April 21, 2020 and continue the pretrial conference to May 26, 2020 and grant such other and further relief as the Court deems just and proper.

Dated this 24th day of February, 2019 at Bridgeport, Connecticut.

                        MICHAEL EDWARD BREEDE,
                        THE DEFENDANT

            By:   /s/ Matthew K. Beatman
                  Matthew K. Beatman (ct08923)
                  Zeisler & Zeisler, P.C.
                  10 Middle Street
                  15th Floor
                  Bridgeport, CT  06604
                  Tel. 203-368-4234
                  Email: mbeatman@zeislaw.com
                  Attorney for the Defendant