UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| INTEGRATED SURGICAL, LLC | : | CHAPTER 7 (JAM) |
| | : | |
| Debtor | : | CASE NO. 18-50186 |
| ---------------------------------------------------------------x | | |
| RICHARD M. COAN, TRUSTEE OF THE | : | ADV. PROC. NO. 20-05001 |
| BANKRUPTCY ESTATE OF | : | |
| INTEGRATED SURGICAL, LLC | : | |
| | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| MICHAEL BREEDE | : | |
| | : | |
| Defendant | : | |
| ---------------------------------------------------------------x | | |

## SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO CONTINUE PRETRIAL CONFERENCE

The Defendant, Michael Edward Breede ("Defendant" or "Breede"), by and through his undersigned attorneys, respectfully moves for an extension of time to respond to the Complaint through and including July 13, 2020 and to continue the pretrial conference to August 25, 2020 based on certain serious medical issues that have arisen. In support thereof, the Defendant represents upon information and belief as follows:

1. On or about January 24, 2020, Richard M. Coan, Trustee of the Bankruptcy Estate of Integrated Surgical, LLC (the "Plaintiff") commenced the above caption action against the Defendant (the "Action").

2. This Court also scheduled the initial Pretrial Conference in the Action for March 31,

2020.

3.  On February 24, 2020, the Defendant filed a Motion to Extend Time to Respond to Complaint and to Continue Pretrial Conference (the "Motion") based on the undersigned counsel's contemporaneous appearance and certain medical issues that had also contemporaneously become known to Breede. (Doc Id. 9).

4.  Breede noted at the time he had recently been diagnosed with a serious medical issue requiring an immediate procedure.

5.  On February 27, 2020 this Court granted the Motion (Doc Id. 10) and continued the date to respond to the complaint to April 21, 2020 and rescheduled the pretrial conference to May 26, 2020.

6.  As a result of his procedure conducted on February 29, 2020, Breede learned that he has pancreatic cancer that needs to be addressed by removing approximately 25% of his pancreas and possibly his spleen and portions of other organs. He was also advised there needed to be more testing and biopsies to determine how far the tumor had spread to assess a prognosis and to determine what extent chemotherapy or other treatments in addition to surgery would be required.

7.  Further medical consultations and evaluations for Breede were completed in March and his surgery was scheduled to take place on March 27, 2020 at Memorial Sloan Kettering Cancer Center in New York City ("Sloan"). Absent complications, Breede learned that he should expect to be in the hospital at least five days after surgery to be followed by a recovery period presently estimated at between four to six weeks, hopefully being back on his feet within one-month barring complications and the need for chemotherapy.

8.  In the meantime, and due to his upcoming surgery, Breede was advised to cancel all outside engagements and remain home to avoid any issues for the surgery. Amongst other things,

Breede cancelled a trip to Philadelphia with his daughter and a family trip to Florida and was unable to meet or effectively review matters with his counsel.

9. At the same time, the horrific, unprecedented and exponential spread of the Coronavirus disease COVID-19 ("COVID-19") erupted throughout the United States in mid-March causing great disruption especially in New York City and Fairfield County. Businesses shuttered and hospitals, especially in New York City, became overburdened with new patients.

10. Shortly before his scheduled surgery, Sloan cancelled most surgeries, including Breede's surgery to remove his tumor because of the pandemic, placing him on standby until the COVID-19 situation improved at Sloan. Medical professionals directed Breede to ensure his quarantine continued. The added delay and uncertainty together with the concerns of his serious condition and the pandemic created even greater distraction that rendered Breede unable to completely function in a normal state and he became despondent.

11. With the seriousness of the issue, however, Breede was subsequently contacted by Sloan and advised to promptly undergo surgery.

12. Breede's surgery was conducted at Sloan this week. During the operation, the surgeon also discovered and removed a Gastrointestinal Stromal Tumor (GIST). Breede does yet know if it was malignant.

13. Given the serious nature of the surgery and the extent of his cancer, it is not yet clear with medical certainty as to when Breede will be sufficiently healed and to resume normal activities, but it is presently expected, barring complications or chemotherapy treatment, that it will be approximately four to six weeks after he is released from the hospital and he will be under

quarantine for most if not all that period, which may get extended due to the pandemic.

14. The undersigned still needs additional time to consult with his client and to review and discuss the underlying facts with his client in order to effectively represent him in this matter and to respond to the complaint. The Defendant's availability has been severely limited as he was dealing with the effects of his diagnosis and preparing for the surgery and is now even more limited as he recovers from same.

15. The Defendant through his counsel would also like an opportunity to sit down with the Plaintiff to resolve the Action after he has an opportunity to review the Action after Breede recovers.

16. For these medical reasons and given the extraordinary circumstances of the COVID-19 pandemic for which much uncertainty remains, Breede respectfully submits that he be provided an extension of time to respond to the Complaint through and including July 13, 2020 and that the Court continue the pretrial conference to August 25, 2020 so that he may focus his efforts on his health at a critical juncture.

17. The undersigned has consulted with counsel to the Plaintiff to discuss the relief sought in this motion. Counsel to the Plaintiff consents to the requested extension of time to July 13 for Breede to respond to the complaint. While not formally opposing the relief sought by Breede to continue the status conference, the Plaintiff nonetheless believes that the presently scheduled status conference on May 26 should be maintained. For the reasons set forth herein, Breede, however, respectfully believes cause has been articulated to continue the May 26 status conference to a date after the proposed response date and when the Breede is reasonably expected to recover so that the undersigned has a reasonably opportunity to review the matter with his client.

WHEREFORE, the Defendant respectfully requests that the Court extend the time to respond to the Complaint filed by the Plaintiff to July 13, 2020 and continue the pretrial conference to August 25, 2020 and grant such other and further relief as the Court deems just and proper.

Dated this 16th day of April, 2020 at Bridgeport, Connecticut.

        THE DEFENDANT
        MICHAEL EDWARD BREEDE,

By: /s/ Matthew K. Beatman
     Matthew K. Beatman (ct08923)
     Zeisler & Zeisler, P.C.
     10 Middle Street
     15th Floor
     Bridgeport, CT  06604
     Tel. 203-368-4234
     Email: mbeatman@zeislaw.com
     Attorney for the Defendant