UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| INTEGRATED SURGICAL, LLC | : | CHAPTER 7 (JAM) |
| Debtor | : | CASE NO. 18-50186 |
| ------------------------------------------------x | | |
| RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF INTEGRATED SURGICAL, LLC | : | ADV. PROC. NO. 20-05001 |
| | : | Re: ECF No. 13 |
| Plaintiff | : | |
| v. | : | |
| MICHAEL BREEDE | : | |
| Defendant | : | |
| ------------------------------------------------x | | |

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT AND TO
CONTINUE PRETRIAL CONFERENCE**

Upon the Second Motion for Extension of Time to Respond to Complaint and to Continue Pretrial Conference having come before the Court, there being due and adequate notice of the relief sought therein and there being due and sufficient cause for the relief sought therein and such relief being on the consent of the appearing parties it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the time for the defendant in the above captioned adversary proceeding to respond to the Complaint filed by the Plaintiff is hereby extended to and including July 13, 2020; and it is further

ORDERED, that the pretrial conference scheduled on May 26, 2020 is continued to August 4, 2020 at 11:30 a.m. at the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Bridgeport, CT.

Dated at Bridgeport, Connecticut this 21st day of April, 2020.



Julie A. Manning
Chief United States Bankruptcy Judge
District of Connecticut